# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:16-CR-00303-02-DGK |
| BARBARA A. CHINNETH, ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On May 1, 2018, the Honorable Matt J. Whitworth, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation (Doc. 110) recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of conspiracy to distribute and possess with intent to distribute 100 grams or more of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846, charged in Count One of the Superseding Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has also reviewed de novo the transcripts of the proceedings held before Judge Whitworth on May 1, 2018. In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crime in Count One of the Superseding Indictment.

IT IS SO ORDERED.

Date: June 6, 2018            /s/ Greg Kays
                                           GREG KAYS, CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT